
**REBECCA BRUCH, ESQ.**
Nevada Bar No. 7289
**LEMONS, GRUNDY & EISENBERG**
6005 Plumas Street, Third Floor
Reno, Nevada 89519
(775) 786-6868; (775)786-9716 (fax)
Email: rb@lge.net
*Attorney for Defendant Lunt*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAURA BORST,<br><br>                    Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF CARSON AND ALAN LUNDT,<br><br>                    Defendants. | **Case No: 3:23-cv-00630-MMD-CLB**<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANT LUNT TO RESPOND TO COMPLAINT**<br><br>Complaint filed 12/8/23 |

Plaintiff Laura Borst ("Plaintiff") and Defendant Alan Lundt [sic] ("Mr. Lunt"), by and through their respective undersigned counsel, hereby submit this Stipulation for Extension of Time to Respond to the Complaint, in light of the following facts:

### RECITALS

Plaintiff initiated this matter by filing a Complaint in the United States District Court, District of Nevada, on December 8, 2023, against City and County of Carson ("Carson") and Alan Lundt. *See ECF No. 1*. Defendant's last name was misspelled, and is properly spelled Lunt. Mr. Lunt will be referred to with his properly-spelled name in all further documents filed with this Court. Counsel Katherine Parks initially accepted service on behalf of both named defendants. Ms. Parks and Plaintiff's counsel stipulated to extend the time to Answer to February 2, 2024.

Upon investigation, Ms. Parks determined that a conflict existed between Carson and Mr. Lunt. Accordingly, after conferring with Carson, conflict counsel Rebecca

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

1

Bruch, was officially retained on approximately January 31, 2024, to represent Mr. Lunt.

Due to staffing shortages and calendar conflicts, Ms. Bruch is not able to prepare and file a response to the Complaint by February 2, 2024. Plaintiff's counsel and Ms. Bruch have conferred and stipulate that an Answer may be filed on behalf of Mr. Lunt by Friday, February 9, 2024. This is the first request by Mr. Lunt for extension of time to respond to the Complaint. Therefore, there is good cause to extend Mr. Lunt's time to respond to the Complaint to February 9, 2024.

[Remainder of page left intentionally blank.]

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

2

## STIPULATION

**THEREFORE**, the parties by and through their respective undersigned counsel, stipulate and agree to the following, and respectfully request that the Court enter this stipulation as an order: Defendant Lunt's deadline to respond to Plaintiff's Complaint is extended to Friday, February 9, 2024.

**SO STIPULATED**.

Dated this 1st day of February, 2024.

                              LEMONS, GRUNDY & EISENBERG

By: */s/: Rebecca Bruch*
REBECCA BRUCH, ESQ. (SBN7289)
6005 Plumas St., Third Floor
Reno, Nevada 89519
*Attorneys for Defendant Lunt*

*/s/ Mark Mausert*
MARK MAUSERT, ESQ.
Nv Bar No. 2398
SEAN MCDOWELL, ESQ.
Nevada Bar No. 15962
729 Evans Avenue
Reno, NV 89512
Telephone: (775) 786-5477
Facsimile: (775) 786-9658
Attorneys for Plaintiff

**IT IS SO ORDERED:**

Dated: February 2, 2024

_____
CARLA L. BALDWIN
UNITED STATES MAGISTRATE JUDGE

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

3