Katherine F. Parks, Esq.
Nevada Bar No. 6227
Thorndal Armstrong, PC
6590 S. McCarran, Suite B
Reno, Nevada 89509
Tel: (775) 786-2882
kfp@thorndal.com
Attorney for Defendant
CARSON CITY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAURA BORST,

   Plaintiff,

vs.

CITY AND COUNTY OF CARSON and ALAN LUNT,

   Defendants.

Case No. 3:23-cv-00630-MMD-CLB

**ORDER GRANTING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

  COMES NOW Plaintiff, LAURA BORST, and Defendants CITY AND COUNTY OF CARSON and ALAN LUNT, by and through their counsel of record, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that the above-entitled matter be dismissed with prejudice in its entirety, and each party to bear their own costs and attorney's fees.

Dated this 11th day of July, 2024.

LAW OFFICE OF MARK MAUSERT


By:  */s/ Mark Mausert*
  MARK MAUSERT, ESQ.
  729 Evans Avenue
  Reno, NV 89512
  Attorney for Plaintiff

Dated this 12th day of July, 2024.

LEMONS, GRUNDY & EISENBERG


By:  */s/ Rebecca Bruch*
  REBECCA BRUCH, ESQ.
  6005 Plumas Street, Third Floor
  Reno, NV 89519
  Attorney for Defendant
  ALAN LUNT

- 1 -

Dated this 12th day of July, 2024.

THORNDAL ARMSTRONG, PC


By:   */s/ Katherine Parks*
     KATHERINE F. PARKS, ESQ.
     6590 S. McCarran Blvd, Suite B
     Reno, NV 89509
     Attorney for Defendant
     CARSON CITY

## **ORDER**

IT IS SO ORDERED.

DATED: This 15th day of July 2024.

_____
UNITED STATES MAGISTRATE JUDGE